# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162250

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAIME LYNN RIEGER,
      Defendant-Appellant.

SC: 162250
COA: 354321
Oakland CC: 2018-269358-FC

_____/

      On order of the Court, the application for leave to appeal the October 19, 2020 order of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2021



t0525

Clerk